IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

METRO AMBULANCE SERVICE (RURAL), INC.
d/b/a AMERICAN MEDICAL RESPONSE                              PLAINTIFF

V.                                          Civil Action No.5:02CV581(Br)(S)

DAVID L. CLANTON, JIM GRAVES,
METRO RURAL SERVICES, L.L.C.;
JANIE CLANTON; and METRO RURAL
SERVICES OF SOUTHWEST MISSISSIPPI, L.L.C.                    DEFENDANTS


METRO RURAL SERVICES, L.L.C.                                 COUNTER-PLAINTIFF

VS.                                         CAUSE NO. 5:02CV581 (Br)(S)

METRO AMBULANCE SERVICE (RURAL), INC.
d/b/a AMERICAN MEDICAL RESPONSE AND
STEVE DELAHOUSEY, INDIVIDUALLY, AND
AS AN AGENT OF METRO AMBULANCE
SERVICE (RURAL), INC. d/b/a AMERICAN
MEDICAL RESPONSE                                             COUNTER-DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court in Civil Action No. 5:02CV581 (Br)(S), , the Court holds that all claims and counterclaims in this action should be dismissed in their entirety with prejudice.

IT IS, THEREFORE, ORDERED that that all claims and counterclaims are dismissed in their entirety with prejudice.

SO ORDERED, this the 28th day of February, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE